**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| James Lucchesi,           ) <br>           ) <br> v.      Plaintiff,     ) <br>           ) <br> Guaranty Fund Management Services Health ) <br>           ) <br> and Welfare Plan, et al,      ) <br>           ) <br>      Defendant (s).    ) <br>           ) | Civil Action No. 25-CV-10773-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 20] entered on 3/11/2026, it

is hereby **ORDERED** that the above-entitled action be, and hereby is,

                                       **DISMISSED**.

Dated: 3/11/2026                                 By the Court,

                                       /s/ Courtney Horvath
                                       Deputy Clerk